AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:11CR165 |
| Paul Allen | ) | |
| | ) | |
| *Defendant* | ) | |

FILED
IN OPEN COURT

APR 1 2011

CLERK DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4/1/11

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

AITAN GOELMAN
*Printed name of defendant's attorney*

/s/ _____ 4/1/11
Leonie M. Brinkema
**United States District Judge**