230

Date: 4/1/11  Judge: Brinkema  Reporter: Thomson
Time: 2:26  To 3:27

Pre-trial services present  Interpreter: _____
Language: _____
Update Deadlines: _____
Prob. Copies: _____
PTS Copies: _____
AUSA Copies: _____

UNITED STATES of AMERICA
Vs.

Paul Richard Alken
Defendant's Name  Aitan Goelman
Miles Clark
Susan Dudley Klaff
Counsel for Defendant

1:11cr165
Case Number

Charles Connolly / Patrick Stokes
Counsel for Government

Matter called for:
( ) Motions          ( ) Setting Trial Date    ( ) Change of Plea Hrg.   ( ) Rule 35
( ) Arraignment      ( ) Appeal from USMC      ( ) Sentencing             ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.          (X) Pre-Indictment Plea    ( ) Other: _____

Defendant appeared: (✓) in person    ( ) failed to Appear
                    (✓) with Counsel ( ) without counsel    ( ) through counsel

Filed in open court:
(✓) Criminal Information (✓) Plea Agreement (✓) Statement of Facts (✓) Waiver of Indictment ( ) Discovery Order
Arraignment & Plea:
( ) WFA (X) FA (X) PG ( ) PNG  Trial by Jury: ( ) Demanded ( ) Waived

_____ Days to file Motions with Argument on _____
Defendant entered Plea of Guilty as to Count(s) 1 & 2 of the Criminal Information
Motion for Dismissal of Count(s) _____ ( ) by U.S. ( ) by Deft.
( ) Order entered in open court ( ) Order to follow
Defendant directed to USPO for PSI: ( ) Yes (✓) No
Case continued to 6/21/11 at 10:30 for: ( ) Jury Trial ( ) Bench Trial (✓) Sentencing

US' Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied;
Sentence of _____ months heretofore imposed is reduced to a term of _____.

Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: _____ Months; ( ) Supervised Release terminated
Court accepts plea, guilty cts 1 & 2

∆ surrendered passport to counsel in open court; counsel will maintain
All Exhibits must be filed with the Clerk _____ days prior to trial.
Bond Set at: $50,000  (X) Unsecured ( ) Surety (X) Personal Recognizance
( ) Release Order Entered ( ) Deft. Remanded (X) Deft. Released on Bond ( ) Deft. Continued on Bond
                                               w/ conditions
Defendant is: ( ) In Custody ( ) Summons Issued ( ) On Bond ( ) Warrant Issued (X) 1st appearance
Special condition: ① reappear 6/21/11 @ 1030 I/sentencing

prob ref ✓