F I L E D
MAY 1 3 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:11cr165 |
| | ) | |
| PAUL ALLEN | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF SUBSTITUTION OF COUNSEL

UPON THE motion of Aitan D. Goelman, Esq., Miles Clark, Esq., and Susan Dudley Klaff, Esq., counsel for Paul Allen, the defendant, to be relieved as counsel, and upon the motion of Stephen D. Graeff, Esq. and Thomas K. Berger, Esq. to become substitute counsel for Paul Allen, and Paul Allen not objecting to this substitution, it is hereby

ORDERED that Aitan D. Goelman, Esq., Miles Clark, Esq., and Susan Dudley Klaff, Esq., be relieved as counsel for Paul Allen and that Stephen D. Graeff, Esq. and Thomas K. Berger, Esq. become substitute counsel for Paul Allen in their place.

Date: May 13, 2011

/s/
Leonie M. Brinkema
United States District Judge

Respectfully Submitted,

/s/
Aitan D. Goelman, Pro Haec Vice
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036-5807
Telephone: (202) 778-1800
Facsimile: (202) 822-8106
agoelman@zuckerman.com