| | | **Conspirators Respective Involvement in the Five Separate TBW Schemes** <br> **As Stated in the Position of the United States with Respect to Sentencing** | | | | |
|---|---|---|---|---|---|---|
| | **Separate Schemes:** | **Overdraft / Sweeping Scheme**[1] | **Plan B on COLB**[2] | **Plan B on AOT**[3] | **Ocala Funding**[4] | **Capital Raise**[5] |
| | **(Chronology)** | (2002-2003) | (2003-2005) | (2005-2009) | (2005-2009) | (2009) |
| **Conspirators:** | **Lee Farkas** | Involved | Involved | Involved | Involved | Involved |
| | **Desiree Brown** | Not Involved | Involved | Involved | Involved | Involved |
| | **Cathie Kissick** | Involved | Involved | Involved | Not Involved | Aware |
| | **Raymond Bowman** | Involved | Involved | Involved | Aware | Not Involved |
| | *Paul Allen* | *Not Involved* | *Not Involved* | *Not Involved* | *Involved* | *Involved* |
| | **Teresa Kelly** | Involved | Involved | Involved | Not Involved | Not Involved |
| | **Sean Ragland** | Not Involved | Not Involved | Not Involved | Involved | Not Involved |

---

[1] Position of the United States with Respect to Sentencing at 2, *United States v. Bowman*, Criminal No. 1:11cr118 (E.D.Va. 2011).
[2] *Id.* at 3.
[3] *Id.* at 3-4.
[4] *Id.* at 4-5.
[5] *Id.* at 5-6.